**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>Approximately 85 Big Cats, 1 Jaguar, and 11 Ring-Tailed Lemurs,<br><br>*Defendants*. | Case No. 21-CV-228-JFH |

**VERIFIED COMPLAINT FOR FORFEITURE**

Plaintiff, United States of America, by authority of the Attorney General of the United States and through its undersigned attorneys, brings this Complaint and alleges as follows, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**NATURE OF THE ACTION**

1. This is a civil action *in rem* against approximately 85 Big Cats, 1 jaguar, and 11 ring-tailed lemurs, who have been unlawfully "taken" in violation of the Endangered Species Act ("ESA")[1] and, therefore, should be forfeited to the United States pursuant to 16 U.S.C. §

[1] As explained in paragraph 8, the word "take" is a defined term under the ESA.

1540(e)(4)(A). Additionally, this action seeks the forfeiture of any offspring the Defendants *in rem* may have before entry of a final order of forfeiture.

**DEFENDANTS IN REM**

2. The Defendants *in rem* include approximately 85 Big Cats and 1 jaguar seized from Tiger King Park, Thackerville, Oklahoma, 73459. Fourteen of the Big Cats were seized on January 24, 2021, pursuant to this Court's January 15, 2021 Order. Op. & Order, *United States v. Lowe* ("*Lowe*"), No. 6:20-cv-00423-JFH (E.D. Okla. Jan. 15, 2021), Dkt. 65. Six of the Big Cats were seized pursuant to a federal seizure warrant on May 6, 2021. An additional 62 Big Cats were seized on May 17 and 18, 2021, pursuant to another federal seizure warrant. In addition, the United States seeks the forfeiture of three cubs born to Big Cat Priscilla after she was seized on May 6, 2021. The Defendants *in rem* also include 11 ring-tailed lemurs who remain at Tiger King Park.

3. The Defendants *in rem* are as follows:

a. Tiger—"Prince"[2]

b. Tiger—"Thor, Jr."

c. Tiger—"Tara"

d. Tiger—"Gemma"

e. Tiger—"Opie"

f. Tiger—"Clay"

g. Tiger—"Ima"

h. Tiger—"Enzo"

i. Tiger—"Patronus"

---

[2] The United States has used the names and species listed on the animal inventories provided by Jeffrey and Lauren Lowe for ease of reference. However, documentation provided by the Lowes often contains inconsistencies and inaccuracies. Thus, by using the names and species identified in the inventories, the United States does not concede that this information is accurate.

j. Tiger—“Elvis”

k. Tiger—“Ima Sweetie Pie”

l. Tiger—“Thor Sr.”

m. Tiger—“Songa”

n. Tiger—“Kuma”

o. Tiger—“Blakely”

p. Tiger—“Zizzy”

q. Tiger—“Brayden”

r. Tiger—“Odeza”

s. Tiger—“Pleiades”

t. Tiger—“Charlie Brown”

u. Tiger—“Rocky”

v. Tiger—“Merlin”

w. Tiger—“Axyl”

x. Tiger—“Stalker”

y. Tiger—“Phoenix”

z. Tiger—“Pandora”

aa. Tiger or Lion-Tiger Hybrid—“Priscilla”

  i. Tiger or Lion-Tiger Hybrid cub (Priscilla—dam)

  ii. Tiger or Lion-Tiger Hybrid cub (Priscilla—dam)

  iii. Tiger or Lion-Tiger Hybrid cub (Priscilla—dam)

bb. Tiger or Lion-Tiger Hybrid—“Legacy”

cc. Tiger or Lion-Tiger Hybrid—“Rita”

dd. Tiger-Lion-Tiger Hybrid—“Wendy”

ee. Tiger—“Griffy”

ff. Tiger—“Chuckles”

gg. Tiger—“Tilly”

hh. Tiger—“Daisy”

ii. Tiger—“Gladys”

jj. Tiger—“Luxor”

kk. Tiger—“Emory”

ll. Tiger—“Kingsley”

mm. Tiger—“Nobu”

nn. Tiger—“Sebastian”

oo. Tiger—“Moose”

pp. Tiger—“Abby”

qq. Tiger—“Maggie”

rr. Tiger—“Leigha”

ss. Tiger—“Stevie”

tt. Tiger—“Gracie”

uu. Tiger—“Jagger”

vv. Tiger—“Mia”

ww. Tiger—“Brutus”

xx. Tiger—“Maddie”

yy. Tiger—“Chuffers”

zz. Tiger—“Nova”

aaa. Tiger—“Caesar”

bbb. Tiger—“Mirage”

ccc. Tiger—“Lightning”

ddd. Tiger—“Thunder”

eee. Tiger—"Lisa Marie"

fff. Tiger—"Shadow"

ggg. Tiger—"Chanel"

hhh. Tiger—"Tierian"

iii. Tiger—"Cersi"

jjj. Tiger—"Sansi"

kkk. Tiger—"Kahleesi"

lll. Tiger—"Sasha"

mmm. Lion—"Aurora"

nnn. Lion—"Allana"

ooo. Lion—"Lyla"

ppp. Lion—"Simba"

qqq. Lion—"Jax"

rrr. Lion—"Samira"

sss. Lion—"Rico"

ttt. Lion-Tiger Hybrid—"Alyssa"

uuu. Lion-Tiger Hybrid—"Kyro"

vvv. Lion-Tiger Hybrid—"Shear Khan"

www. Lion-Tiger Hybrid—"Lucky"

xxx. Lion-Tiger Hybrid—"Mani"

yyy. Lion-Tiger Hybrid—"Grace"

zzz. Lion-Tiger Hybrid—"Mayte"

aaaa. Lion-Tiger Hybrid—"Beatrice"

bbbb. Lion-Tiger Hybrid—"Ashley"

cccc. Lion-Tiger Hybrid—"Drogon"

dddd. Lion-Tiger Hybrid—"Jon Snow"

eeee. Jaguar—"Bagheera"

ffff. Ring-tailed lemur –"Suni Boy"

gggg. Ring-tailed lemur—"Suzy"

hhhh. Ring-tailed lemur—"CJ"

iiii. Ring-tailed lemur—"TJ"

jjjj. Ring-tailed lemur—"Lola"

kkkk. Ring-tailed lemur—"Lala"

llll. Ring-tailed lemur—"Zoombe"

mmmm.Ring-tailed lemur—"Zumba"

nnnn. Ring-tailed lemur infant (born 03/20/21)

oooo. Ring-tailed lemur infant (born 03/27/21)

pppp. Ring-tailed lemur infant (born 04/02/21)

**JURISDICTION AND VENUE**

4. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355. Upon the filing of this Complaint, Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which Plaintiff will execute pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper pursuant to 28 U.S.C. § 1355(b) because the acts and omissions giving rise to the forfeiture took place in the Eastern District of Oklahoma.

**STATUTORY BASIS FOR FORFEITURE**

6. Congress enacted the ESA "to provide a means whereby the ecosystems upon which endangered species and threatened species depend may be conserved, [and] to provide a program for the conservation of such [species]." 16 U.S.C. § 1531(b).

7. The ESA defines the term "person" to include "an individual, corporation,

partnership, trust, association, or any other private entity." 16 U.S.C. § 1532(13). The ESA defines the term "species" to include fish or wildlife that interbreed when mature and the term "fish and wildlife" as any member of the animal kingdom, including mammals, and any "offspring thereof." *Id.* §§ 1532(16), 1532(8). The ESA defines an "endangered species" as "any species which is in danger of extinction," *Id.* § 1532(6), and a "threatened species" as "any species which is likely to become an endangered species within the foreseeable future," *id.* § 1532(20). The ESA authorizes the Secretary of the Interior to administer the ESA with respect to terrestrial species. *Id,* § 1532(15). This authority has been delegated to the U.S. Fish and Wildlife Service. *Id.* § 1532(15); 50 C.F.R. § 402.01(b).

8. The ESA defines the term "take" to include "*harass, harm*, pursue, hunt, shoot, wound, kill, trap, capture, or *collect*, or to attempt to engage in any such conduct." 16 U.S.C. § 1532(19) (emphasis added).

9. Except as authorized by permit, the ESA makes it unlawful for any person to "take" any endangered species within the United States. 16 U.S.C. § 1538(a)(1)(B); 50 C.F.R. § 17.21(a), (c)(1). Likewise, except as authorized by permit, ESA regulations prohibit any person from taking any threatened species within the United States listed prior to September 26, 2019, unless the U.S. Fish and Wildlife Service has issued a species-specific rule pursuant to ESA Section 4(d), 16 U.S.C. § 1533(d), providing otherwise. 16 U.S.C. § 1538(a)(1)(G); 50 C.F.R. § 17.31(a), (c). The ESA also makes it unlawful for any person subject to the jurisdiction of the United States to attempt to commit taking, to solicit another to commit taking, or to cause taking to be committed with such endangered or threatened species. 16 U.S.C. § 1538(g); 50 C.F.R. §§ 17.21(a), 17.31(a), (c).

10. The term "harm" is defined by regulation as an act which "kills or injures" an endangered or threatened species. 50 C.F.R. § 17.3.

11. The failure to provide timely veterinary care by a qualified veterinarian, if it

results in injury or death to an ESA- protected species, constitutes "harm" under the ESA. *Kuehl v. Sellner*, 887 F.3d 845, 853 (8th Cir. 2018); *People for Ethical Treatment of Animals, Inc. v. Tri-State Zoological Park of W. Md., Inc.*, 424 F. Supp. 3d 404, 430-32 (D. Md. 2019), *aff'd,* 843 F. App'x 493 (4th Cir. 2021).

12. The term "harass" is defined by regulation to include an "intentional or negligent act or omission which creates a likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavioral patterns which include, but are not limited to, breeding, feeding, or sheltering." 50 C.F.R. § 17.3. This definition, when applied to captive wildlife, does not include generally accepted: (1) Animal husbandry practices that meet or exceed the minimum standards for facilities and care under the Animal Welfare Act ("AWA")[3]; (2) Breeding procedures; or (3) Provisions of veterinary care for confining, tranquilizing, or anesthetizing, when such practices, procedures, or provisions are not likely to result in injury to the wildlife. *Id*. The exceptions for captive bred animals in 50 C.F.R. § 17.3(1) are limited to the definition of "harass." *Kuehl*, 887 F.3d at 852.

13. To qualify for the exception to the harass definition in 50 C.F.R. § 17.3(1), the practice must be *both* "generally accepted" and compliant with the AWA. *Hill v. Coggins*, 867 F.3d 499, 509-10 (4th Cir. 2017).

14. A lack of sanitary conditions, inadequate shelter, or a lack of appropriate environmental enrichment in violation of AWA standards can constitute harassment of ESA-

---

[3] The AWA sets standards for the humane care and treatment of certain animals that are exhibited to the public. Facilities, such as Tiger King Park, which have animals intended for exhibition, are required by the statute and its regulations and standards to provide the animals with adequate housing, sanitation, nutrition, water and veterinary care, and they must protect their animals from extreme weather and conditions. *See* 9 C.F.R. Part 2. The AWA authorizes the Secretary of Agriculture to administer the Act. 7 U.S.C. § 2146. The Secretary has delegated the responsibility for implementing the AWA to the Under Secretary for Marketing and Regulatory Programs, 7 C.F.R. § 2.22(a)(2)(vi), who has delegated these responsibilities to the Administrator of APHIS, 7 C.F.R. § 2.80(a)(6). APHIS inspectors conduct inspections of facilities subject to the AWA to ensure compliance with the AWA, its regulations and standards.

listed captive species. *See Kuehl*, 887 F.3d at 849, 852-54; *Tri-State Zoological Park*, 424 F. Supp. 3d at 407, 430-33.

15. Under the ESA, it is also illegal to possess, deliver, carry, or transport any unlawfully taken endangered species, or any unlawfully taken threatened species listed on or prior to September 26, 2019, unless otherwise provided by a species-specific 4(d) rule. 16 U.S.C. § 1538(a)(1)(D), (G); 50 C.F.R. §§ 17.21(d), 17.31(a). The statute likewise prohibits any person subject to the jurisdiction of the United States from attempting to commit, soliciting another to commit, or causing to be committed these prohibited acts with such endangered or threatened species. 16 U.S.C. § 1538(g); 50 C.F.R. §§ 17.21(a), 17.31(a), (c).

16. The ESA authorizes the Secretary of the Interior to issue a permit for any act that is otherwise prohibited by 16 U.S.C. § 1538, but, as relevant here, only if such act is "for scientific purposes or to enhance the propagation or survival of the affected species" and other strict requirements are met. 16 U.S.C. § 1539(a)(1)(A), (c), (d).

17. All ESA-protected fish or wildlife taken, possessed, sold, purchased, offered for sale or purchase, transported, delivered, received, carried, shipped, exported, or imported contrary to the provisions of the ESA, any regulation made pursuant thereto, or any permit or certificate issued thereunder shall be subject to forfeiture to the United States. 16 U.S.C. § 1540(e)(4)(A).

18. Ring-tailed lemurs, *Lemuridae catta*, are listed as "endangered." 50 C.F.R. § 17.11(h); Conservation of Endangered Species and Other Fish or Wildlife, 35 Fed. Reg. 8,491 (June 2, 1970). Tigers, *Panthera tigris*, are also listed as "endangered." 50 C.F.R. § 17.11(h); List of Endangered Foreign Fish and Wildlife, 37 Fed. Reg. 6,476 (Mar. 30, 1972). Lions are listed as either "endangered" or "threatened" depending upon their subspecies—the subspecies *Panthera leo leo* is listed as "endangered" and the subspecies *Panthera leo melanochaita* is listed as "threatened." 50 C.F.R. §§ 17.11(h), 17.40(r); Listing Two Lion Subspecies, 80 Fed. Reg.

80,000 (Dec. 23, 2015). Through the species-specific 4(d) rule for *Panthera leo melanochaita*, all of the activities that are prohibited with respect to endangered species have been extended to the threatened *Panthera leo melanochaita*. 50 C.F.R. § 17.31(a), (c); 17.40(r); 80 Fed. Reg. 80,043. Jaguars, *Panthera onca*, are listed as "endangered" under the ESA. 50 C.F.R. § 17.11(h); 37 Fed. Reg. 6,476; Final Rule to Extend Endangered Status for the Jaguar in the United States, 62 Fed. Reg. 39,147 (July 22, 1997).

## FACTUAL BACKGROUND

19. Jeffrey and Lauren Lowe operated the Greater Wynnewood Exotic Animal Park, exhibiting wild and exotic animals in Wynnewood, Oklahoma under AWA license 73-C-0230 until the U.S. Department of Agriculture's ("USDA's") Animal and Plant Health Inspection Service ("APHIS") Administrator suspended the license on August 14, 2020. On August 17, 2020, USDA filed an administrative complaint seeking permanent revocation of AWA license 73-C-0230. Jeffrey Lowe voluntarily terminated the license one week later. On March 31, 2021, the Chief Administrative Law Judge entered an order revoking the license.

20. At the Wynnewood facility, the Lowes exhibited numerous animals, including ESA-protected Big Cats and ring-tailed lemurs, to the public for compensation. Members of the public paid a fee to directly interact with Big Cat cubs and ring-tailed lemurs and to view the other animals at the zoo.

21. On June 22, 2020, APHIS inspectors conducted a routine inspection of the Wynnewood facility to assess the facility's compliance with the AWA. Jeffrey Lowe was cited under the AWA for failure to present a written program of veterinary care prepared by a qualified attending veterinarian; failure to obtain adequate veterinary care for two wolves, a lion-tiger hybrid who had died a week earlier, a lion cub, and two bears, including a grizzly bear; maintaining certain enclosures in a way that risks injury to the animals; and for unsanitary conditions at the park. Ex. 1 (June 22, 2020 Inspection Report) at 2-7.

22. On July 8, 2020, APHIS inspectors returned to the Wynnewood facility for a focused inspection to ensure that Jeffrey Lowe had addressed all issues identified by the inspectors during their June 22, 2020 visit. The APHIS inspectors found that Jeffrey Lowe was not following any program of veterinary care. Ex. 2 (July 8, 2020 Inspection Report) at 2. In addition, the Lowes again failed to provide sufficient bedding to two geriatric wolves as prescribed by the veterinarian Lowe had consulted; failed to obtain adequate veterinary care for a lame Fisher Cat; failed to present acquisition and disposition records to account for animals missing from and added to their animal inventory; failed to handle a juvenile lioness so that there is minimal risk of harm to the animal and to the public; failed to repair enclosures identified by the inspectors during the June 22, 2020 inspection; and failed to properly maintain meat intended to be fed to the animals. *Id.* at 2-5, 8, 11-18.

23. Around the end of September 2020, the Lowes transferred approximately 175 wild and exotic animals to a zoo in Thackerville, Oklahoma. They named the facility Tiger King Park. There are currently around 62 animals remaining at the zoo, including 11 ESA-protected lemurs.

24. As detailed below, subsequent inspections of Tiger King Park revealed ongoing violations of the AWA and conditions that harm and harass the Defendants *in rem* and, therefore, constitute take in violation of the ESA.

**PROCEDURAL BACKGROUND**

25. On November 19, 2020, the United States initiated a lawsuit in the U.S. District Court for the Eastern District of Oklahoma against the Lowes, Greater Wynnewood Exotic Animal Park, LLC, and Tiger King, LLC, alleging that the defendants had violated the ESA and the AWA. Compl. For Declaratory & Injunctive Relief, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 2.

26. On November 25, 2020, the Unites States filed a motion for a preliminary injunction in *Lowe*. Mot. For Prelim. Inj., *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 9.

27. On December 14, 2020, the parties filed a stipulation regarding the motion for a preliminary injunction. Stipulation on Mot. For Prelim. Inj. *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 23. In the stipulation, the Lowes agreed to: (1) provide an inventory to the United States of all animals in their possession, custody, or control as of November 25, 2020 that were covered by the AWA (excluding common dogs, cats, guinea pigs, hamsters, or rabbits) or listed as endangered or threatened under the ESA; (2) not acquire or dispose of any animal covered by the ESA or any animal covered by the AWA, excluding common dogs, cats, hamsters, or rabbits, without first conferring with the United States and obtaining leave of Court; (3) and consent to APHIS inspections of Tiger King Park up to every 21 days. *Id.* at 1-2. In the stipulation, the defendants represented "that no members of the public are visiting the facility and viewing the animals." *Id.* at 2. The stipulation also provided that the United States would withdraw its pending motion for a preliminary injunction. *Id.*

28. The Court approved the stipulation on December 15, 2020. *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 25.

29. Less than a week later, the defendants authorized the euthanasia of an ESA-protected tiger cub with metabolic bone disease and secondary fracture. *See* Mem. in Supp. Of Mot. for TRO at 1, 7-8, 10-11, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 32. Defendants did not confer with the United States or seek leave of Court before authorizing the euthanasia of the tiger cub, thereby violating the Court-approved stipulation. *See id.* at 10-11.

30. On December 23, 2020, the United States filed a second motion for a preliminary injunction. Mot. for Prelim. Inj., *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 27. The United States requested that, pending adjudication of its claims, the Court order the defendants to: (1) immediately cease exhibiting animals without a valid exhibitor's license; (2) retain an attending veterinarian, as required under the AWA; (3) provide acquisition and disposition records for all animals missing since the June 2020 inspection; (4) submit veterinary records after treatment of

an animal; and (5) submit acquisition and disposition records after any change to the December 16, 2020 inventory. *Id.*

31. On December 30, 2020, the United States filed a motion for temporary restraining order. Mot. for TRO, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 31. The United States argued that the Lowes provided inadequate nutrition to their Big Cat cubs, as exemplified by the cub who had been euthanized, in violation of the ESA and AWA. Mem. in Supp. of Mot. for TRO, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 32. The United States sought an order requiring the defendants to relinquish custody and control of all Big Cat cubs one year old or younger, along with the cubs' respective mothers, to the United States for temporary placement at reputable facilities selected by the United States. *Id.* at 23.

32. On January 15, 2021, the District Court for the Eastern District of Oklahoma granted the United States' motion for preliminary injunction and motion for temporary restraining order. Op. & Order, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 65. The Court found that the defendants had "'harmed' and 'harassed' ESA protected animals by: (1) subjecting the animals to unsanitary conditions; (2) providing the animals with inadequate nutrition; and (3) failing to provide adequate and timely veterinary care." *Id.* at 10. The Court also found that the defendants' past practices combined with the recent deaths of two tiger cubs indicated "that the health and safety of the animals remaining in Defendants care continues to be at risk of irreparable harm absent injunctive relief." *Id.* at 29.

33. The Court's January 15, 2021 Order required defendants to: (1) immediately cease exhibiting animals protected by the ESA and AWA without a valid USDA exhibitor's license; (2) retain a qualified attending veterinarian under formal arrangements consistent with regulatory requirements; (3) provide acquisition and disposition records for any and all animals added to or missing from their inventories since June 22, 2020; (4) submit veterinary records to counsel for the United States within seven days of any animal being treated by a veterinarian; (5)

submit acquisition and disposition records to counsel for the United States within seven days of any change to the December 16, 2020 animal inventory, including the birth or death of any animal; (6) immediately relinquish all Big Cats less than one year of age, and their respective mothers, for placement in at a reputable facility pending the resolution of the litigation; and (7) not acquire or dispose of any new animals protected by the ESA or AWA (including through birth or death) without first conferring with the United States and obtaining leave of Court. *Id.* at 33-34. The Court also ordered that APHIS must be permitted to conduct routine inspections of Tiger King Park up to every three weeks. *Id.* at 34.

34. On February 12, 2021, the United States filed a motion to enforce the Court's January 15, 2021 Order and the parties' December 14, 2020 stipulation. United States' Mot. to Enforce the Ct.'s Jan. 15, 2021 Order & the Parties' Stipulation, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 72. The motion explained that, although the Court-imposed deadline had come and gone, the Lowes had not sent counsel for the United States all of the acquisition and disposition records required by the Court's January 15, 2021 Order. *Id.* The Lowes also had not sent counsel for the United States documentation showing the qualifications of their veterinarian or a written program of veterinary care that complied with 9 C.F.R. § 2.40. *Id.* Finally, the January 20, 2021 APHIS inspection showed that male and female animals, who had not been spayed or neutered, were being housed together. *Id.* However, the Lowes had not conferred with the United States or sought leave of Court to obtain new animals by birth. *Id.*

35. The defendants did not respond to the United States' motion to enforce. *See* United States' Local Civil Rule 7.1(d) Mot. to Consider its Mot. to Enforce Confessed, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 76.

36. On March 22, 2021, the Court granted the United States' motion to enforce. Op. & Order, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 78. The Court found that "the acquisition and disposition records provided by the defendants pursuant to the Court's January 15, 2021 Order

are incomplete, contain numerous inconsistencies, and do not comport with the reporting requirements set forth in 9 C.F.R. § 2.75(b)(1)." *Id.* at 8. The Court found that the defendants' program of veterinary care did not meet the regulatory standards. *Id.* at 9. The Court also held that "any failure of Defendants to prevent breeding of the animals at Tiger King Park is in violation of the Court's January 15, 2021 Order." *Id.* at 10. The Court concluded that the defendants were in violation of the Court's January 15, 2021 Order and ordered the defendants to show cause why civil contempt sanctions should not be imposed. *Id.* at 11. The Court set a show cause hearing for May 12, 2021. *Id.*

37. The Court also ordered the defendants to come into compliance with its orders by April 2, 2021. Order, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 80.

38. The United States filed two notices indicating that defendants did not meet the Court's April 2, 2021 deadline and identifying the defendants' ongoing failure to comply with the Court's orders. United States' Notice of Defs.' Noncompliance, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 83; United States' Notice of Defs.' Continued Noncompliance, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 93.

39. On May 6, 2021, the United States executed a civil seizure warrant and seized six ESA-protected Big Cats. Based on information available to the United States at the time, the Lowes were breeding at least four of the Big Cats and the government had reason to believe those cats could be pregnant and ready to give birth at any time. *See* Aff. In Supp. of an Appl. Under Rule 41 for a Warrant to Search & Seize at ¶¶ 12-13, *United States v. 21619 Jimbo Rd., 21469 Jimbo Rd., 21371 Jimbo Rd., Thackerville, Okla. 73459,* 6:21-mj-00218-SPS (E.D. Okla. May 4, 2021), Dkt. 1. In addition, the government had reason to believe that two Big Cats were in need of veterinary care. *Id.*, Att. A (Aff. of Dr. Laurie Gage) ¶¶ 12, 20, 42.

40. At the May 12, 2021 show cause hearing, the Court found the defendants in contempt of Court. On May 14, 2021, the Court issued an order holding that the defendants were

in civil contempt and imposing sanctions until the defendants came into compliance with the Court's orders. Op. & Order, *Lowe* (No. 6:20-cv-00423), Dkt. 97. The Court stated that it would consider further sanctions if the defendants did not come into compliance by June 11, 2021. *Id.* at 8.

41. On May 17-18, 2021, the United States executed a second seizure warrant and seized 62 ESA-protected Big Cats and one protected jaguar. Aff. in Supp. of an Appl. Under Rule 41 for a Warrant to Search & Seize, *United States v. 21619 Jimbo Rd., 21469 Jimbo Rd., 21371 Jimbo Rd., Thackerville, Okla. 73459*, 6:21-mj-00244-SPS (E.D. Okla, May 14, 2021), Dkt. 1.

42. The defendants did not come into compliance by June 11, 2021. *See* United States' Notice of Defs.' Continued Noncompliance, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 106.

**BASIS FOR FORFEITURE**

43. The Defendants *in rem* have been "harmed" and "harassed" and, therefore "taken" in violation of the ESA by being provided substandard care, including inadequate veterinary care, nutrition, and housing, as described in detail below.

44. The Lowes are not authorized to "take" ESA-protected animals under 16 U.S.C. § 1539(a)(1)(A).

**I. The Defendants *in rem* have been harmed and harassed as a result of being fed a nutritionally-deficient diet.**

45. The Lowes have consistently failed to provide their Big Cats with a diet containing the necessary nutrients to allow them to grow properly and thrive.

46. Between the end of September and mid-December of 2020, at least three of their young Big Cats died from complications caused by metabolic bone disease, an easily preventable condition caused by providing the Big Cats a nutritionally-deficient diet. One additional young Big Cat, Nala, suffered greatly from being fed a diet devoid of vitamin A and recovered only

after the animal was transferred to another facility that fed Nala a nutritionally complete diet. Aff. of Dr. Laurie Gage, *United States v. 21619 Jimbo Rd.*, *21469 Jimbo Rd., 21371 Jimbo Rd., Thackerville, Okla. 73459*, 6:21-mj-00244-SPS (E.D. Okla. May 4, 2021), Dkt. 1, Att. A ¶ 16.

47. Metabolic bone disease (a.k.a. nutritional secondary hyperparathyroidism) is a painful disease that is easily preventable by feeding an appropriate, balanced diet. The condition occurs when an animal is fed a calcium- and vitamin-D deficient diet, both of which are necessary to promote strong bones in animals. While all Big Cats fed a deficient diet are at risk of developing metabolic bone disease, young Big Cats under the age of one (1) year are especially at risk because these animals are growing rapidly and, thus, require a calcium-rich diet to support bone growth. Calcium is also necessary for other bodily functions. If the Big Cat is being fed a calcium-deficient diet, what little calcium is in the animal's system may be pulled from their bones to support those other functions. Metabolic bone disease in young Big Cats can lead to the inability to walk or stand, bone fractures, stunted growth, misshaped limbs, neurological conditions, and death. *Id.* ¶ 17.

48. Metabolic bone disease frequently develops within a few weeks after Big Cat cubs are removed from their mother and fed a calcium-deficient diet, or are transitioned from a diet of formula to a boneless meat diet with insufficient calcium supplementation. A young Big Cat's bones can decalcify in just a few weeks when fed an inappropriate diet. When Big Cats' bones are deficient in calcium, their bones are fragile and can break with very little exertion or pressure. The animals may appear normal to an observer until their first fracture, which would then cause them significant pain and cause them to exhibit lameness or a reluctance to move. At that point, multiple bones in their body may fracture, causing the animal more pain and suffering. *Id.* ¶ 18.

49. This condition is often seen when Big Cats are fed a diet of boneless or ground turkey, beef, or chicken. Diets consisting primarily of these boneless meats are deficient in

calcium and vitamin D and, therefore, must be augmented by calcium and vitamin supplements. Supplements designed to create nutritionally balanced diets for Big Cats are readily available commercially. *Id.* ¶ 19.

50. In the case of Ayeesha, a lion-tiger hybrid, the Lowes' failure to provide her with proper nutrition and adequate veterinary care caused this animal to suffer greatly before she had to be euthanized at the age of ten months. On or around December 24, 2019, the Lowes determined that the eight-week old cub was dehydrated and malnourished. A healthy 8-week old cub would have been out of the den box and playful. A person with experience caring for and handling Big Cats should have been able to determine that something was wrong long before the cub's condition became so serious. The Lowes then waited six days before having a veterinarian physically examine Ayeesha at which point she was so debilitated that the consulting veterinarian recommended hospitalization and a feeding tube. The Lowes had tried to give Ayeesha subcutaneous fluids under the consulting veterinarian's direction. Had the Lowes employed an attending veterinarian with expertise with Big Cats visiting the zoo on a regular basis, Ayeesha's condition would not have become so grave and she may not have suffered the need to have a feeding tube placed. By the time Ayeesha was seen by a veterinarian, she was not eating and required a feeding tube to be surgically inserted into her esophagus for many days causing pain and suffering to this animal that could have been avoided. *Id.* ¶ 20.

51. As of June 2020, Ayeesha was seven (7) months old and weighed only 60 pounds. The lion-tiger hybrid should have weighed approximately 60 pounds by five (5) months of age. By eight (8) months, Ayeesha had lost weight, weighing only 58.6 pounds. At that time, the consulting veterinarian diagnosed her with leg fractures and metabolic bone disease. If the condition is diagnosed quickly, the animal can recover fully. However, in the case of Ayeesha, her veterinary records demonstrate that the Lowes failed to provide her a proper diet containing calcium and other necessary nutrients to allow her to grow and the bones to develop normally.

This resulted in multiple painful fractures in several limbs that caused the animal to suffer needlessly. *Id.* ¶ 21.

52. In July 2020, APHIS inspectors observed Ayeesha in an outdoor enclosure at the Wynnewood facility. She did not move while the inspectors were observing her. The Lowes stated that the consulting veterinarian had released her from the medical hold and authorized them to return her to an outdoor enclosure. When APHIS inspectors followed up with the veterinarian, the veterinarian stated that she had not lifted Ayeesha's medical hold. In fact, several days after the July 8, 2020 inspection, the Lowes had to bring Ayeesha back to the veterinarian for treatment for yet another fracture. Ayeesha likely suffered from an additional fracture as a result of the Lowes failing to follow the medical advice of the consulting veterinarian. *Id.* ¶ 22.

53. On September 22, 2020, Ayeesha was seen again by the consulting veterinarian. *Id.* ¶ 23. While her factures appeared to be healing, the veterinary records state that the fractures had "create[d] a deformity in leg with the rotation, hard to know if it will affect mobility since she is non ambulatory at the moment…LR distal tibial fracture is healed but with a angular abnormality." Decl. Dr. Devine, part 4 at 71, *Lowe* (No. 20-cv-00423-JFH), Dkt. 28-12 (Ex. G, Att. 1 (Dr. Devine's Veterinary Records)). Despite the fact that Ayeesha had so many fractures and was in a fragile state, the Lowes nevertheless transported her to Tennessee a few days later, where, for humane reasons, she had to be euthanized within two days of her arrival. Aff. of Dr. Laurie Gage, *United States v. 21619 Jimbo Rd.*, *21469 Jimbo Rd., 21371 Jimbo Rd., Thackerville, Okla. 73459*, 6:21-mj-00244-SPS (E.D. Okla. May 4, 2021), Dkt. 1, Att. A ¶ 23.

54. Nala, a lion cub, also suffered greatly as a result of being fed a diet devoid of necessary nutrients. During the June 22, 2020 inspection, APHIS inspectors observed that Nala was "lethargic, depressed, and thin and would not get up out of the mud from the sitting position even after prompting." Ex. 1 at 4; *see also id.* at 28, 30 (photos of Nala from June 2020, copied below). "She had a string of purulent nasal discharge hanging from her right nostril and an accumulation of green discharge in her eyes. Her respiration was shallow and rapid." *Id.* Due to Nala's dire condition, APHIS stopped the inspection and directed the Lowes to get immediate veterinary care for the lion. *Id.*




55. At the time she was transferred to the Wild Animal Sanctuary ("TWAS") in Colorado, Nala was ataxic, which is a neurological sign consisting of lack of voluntary coordination of muscle movements that leads to abnormalities in an animal's gait, making it difficult for her to walk even a few steps without falling over. This aspect of Nala's condition is apparent in the following video taken shortly after the animal's arrival at TWAS in September 2020. People for the Ethical Treatment of Animals ("PETA"), *Lion Rescued from Jeff Lowe Can Barely Walk*, YouTube (Sept. 22, 2020), https://youtu.be/zIy9--KkGIU. These symptoms were likely due to a Vitamin A deficiency, which in young lions is associated with abnormalities in the cranial bones. These abnormalities cause progressive ataxia in young lions. Many juvenile lions exhibiting the clinical signs of this syndrome have a history of being fed a poor diet of

chicken parts with little-to-no vitamin supplementation. In fact, the veterinary records from Colorado State University confirm that Nala's Vitamin A level was 0.1 mcg when she arrived; 90 mcg is a normal level for a lion. Timely treatment through Vitamin A supplementation and a proper diet often allows lions to recover significantly if not fully in a relatively short period of time. Aff. of Dr. Laurie Gage, *United States v. 21619 Jimbo Rd.*, *21469 Jimbo Rd., 21371 Jimbo Rd., Thackerville, Okla. 73459*, 6:21-mj-00244-SPS (E.D. Okla. May 4, 2021), Dkt. 1, Att. A ¶ 25. This has been the case for Nala, whose gait and strength have improved dramatically in the two months she has been at TWAS as evidenced in the videos attached to Dr. Joyce Thompson's declaration submitted in *Lowe*. Decl. Dr. Thompson at ¶¶ 11-14, *Lowe* (No. 20-cv-00423-JFH), Dkt. 28-17 (Ex. L); *see also id.* Atts. 2 (September 30, 2020 Video of Nala) and 3 (November 18, 2020 Video of Nala).

56. In addition, Nala had multiple fractures, consistent with metabolic bone disease. These fractures would have caused her great physical pain and distress because she could not walk or socially interact with her pen mates. The veterinarians in Colorado similarly concluded that Nala was in pain, quickly prescribing her pain medication as she heals. Aff. of Dr. Laurie Gage, *United States v. 21619 Jimbo Rd.*, *21469 Jimbo Rd., 21371 Jimbo Rd., Thackerville, Okla. 73459*, 6:21-mj-00244-SPS (E.D. Okla. May 4, 2021), Dkt. 1, Att. A ¶ 26.

57. USDA discovered that on or about December 13, 2020, the Lowes delivered four tiger cubs to Tiger Haven in Tennessee. This was one day after the Lowes agreed to enter into a stipulation with the United States in which they agreed, *inter alia*, not to transfer any animals covered by the ESA or AWA and, in exchange, the United States agreed to withdraw its initial motion for preliminary injunction. *See supra* ¶ 27.

58. Tiger Haven euthanized one tiger cub—between 3 and 4 months old—almost immediately after the cat's arrival in Tennessee as a result of complications caused by severe metabolic bone disease. According to the veterinary records, the Lowes apparently told Tiger

Haven that the cub was reared by her mother. However, the veterinarian concluded that the tiger cub's multiple severe fractures in her limbs, pelvis, and spine were caused by a calcium-deficient diet, which would indicate that the cub was not nursing, and in fact, was being fed a calcium-deficient diet. It is highly probable that this tiger cub experienced severe pain due to the number of fractures identified, yet it was transported in that condition from Thackerville, OK to Tiger Haven in Tennessee—at least a twelve-hour trip—without the benefit of having been seen by a veterinarian or prescribed pain medication. Aff. of Dr. Laurie Gage, *United States v. 21619 Jimbo Rd.*, *21469 Jimbo Rd., 21371 Jimbo Rd., Thackerville, Okla. 73459*, 6:21-mj-00244-SPS (E.D. Okla. May 4, 2021), Dkt. 1, Att. A ¶ 27.

59. The veterinary records provided by Tiger Haven also state that the remaining three cubs, Prada, Gucci and Fendi, who were littermates and born just three weeks before being seen by the veterinarian at the University of Tennessee on December 15, 2020, were suffering from nutritional deficiencies. All three of the cubs suffered from alopecia, or hair loss, and one of the cubs suffered from anemia. They had distended abdomens. These clinical signs suggest the cubs were being fed a protein-deficient diet. Prada later developed cataracts, which can also develop from a diet lacking in sufficient taurine and other amino acids. These nutritional deficiencies were likely compounded by the Lowes breeding female Big Cats who themselves receive inadequate nutrition, removing the cubs from their mothers too early, and then providing the cubs an improper diet. Once again the Lowes' animals are suffering and are caused harm from easily preventable conditions. *Id.* ¶ 28.

60. In the December 15, 2020 inspection report, the APHIS inspectors noted that the



only food available at Tiger King Park for Big Cats was boneless chicken. *See* photo to the left taken by APHIS inspectors during the December 2020 inspection. When asked to present the supplements that were being provided to the Big Cats, the facility representative showed a product called "Gleam & Gain", which is a horse weight gain supplement. Ex. 3 (December 15, 2020 Inspection Report) at 3, 7. The supplement does not provide the nutrients necessary to create a nutritionally balanced diet for Big Cats. Aff. of Dr. Laurie Gage, *United States v. 21619 Jimbo Rd.*, *21469 Jimbo Rd., 21371 Jimbo Rd., Thackerville, Okla. 73459*, 6:21-mj-00244-SPS (E.D. Okla. May 4, 2021), Dkt. 1, Att. A ¶ 29.

61. On December 21, 2020, a 17-week old male tiger from Tiger King Park named Daniel was euthanized by the Ada Veterinary Clinic. The tiger weighed approximately 25 pounds. A 25-pound, 17-week old male tiger would be very small for his age and perhaps suffering from stunted growth. Stunted growth is consistent with being fed a poor diet and may be one of the clinical signs seen with a diagnosis of metabolic bone disease. *Id.* ¶ 30.

62. The radiographs of Daniel showed that his bones had significant losses in bone density, which is consistent with a diagnosis of metabolic bone disease. *Id.* ¶ 31.

63. Additionally, the Lowes claim that an eight-month-old tiger named Bubbles choked to death on a chicken bone on December 16, 2020. It is unlikely that a healthy tiger this age and size would choke to death on a chicken bone. *Id.* ¶ 33. Moreover, according to Lauren Lowe, the animal did not actually die the day the tiger first choked. She told APHIS inspectors that they were

able to remove the bone, but that the tiger "never acted right" after that, and then choked again a couple days later and died. Ex. 4 (Jan. 20, 2021 Inspection Report) at 4. The Lowes failed to seek veterinary assistance for Bubbles. *Id.*

64. On May 6, 2021, a USDA veterinary medical officer inspected all of the Big Cats at Tiger King Park together with an APHIS inspector who had inspected the zoo in January 2021 and February 2021. They concluded that the conditions at the facility had declined since USDA's last visit in February 2021. In particular, the body condition of a number of cats had worsened, suggesting that they were not being fed an adequate diet in terms of both quantity and quality of food. Although not ESA-protected, the USDA veterinarians observed two cougars of concern including one, shown below, who had a body score of 2, meaning that the animal is "thin." The cougars have since been permanently transferred to another facility.



65. During the execution of the second seizure warrant on May 17-18, 2021, an APHIS veterinarian observed that many of the Big Cats had filthy water in their drinking water containers.

66. Veterinary intake evaluations were completed for the 68 Big Cats and 1 jaguar seized pursuant to the May 6 and May 17-18, 2021 warrants. The animals were scored on a scale of 1 to 10, with 5 representing an ideal weight, 4 being a little underweight, 3 being underweight, 2 being thin and 1 being emaciated. The following animals, listed with their body score, appear to have been receiving an insufficient quantity of food while at Tiger King Park:

a. "Sebastian" – 2
b. "Chuffers" – 2.5
c. "Lisa Marie" – 2.5
d. "Maddie" – 2.5
e. "Daisy" – 3
f. "Ima" – 3
g. "Rico" – 3
h. "Thor Sr." – 3
i. "Shear Khan" – 3
j. "Brutus" – 3
k. "Gladys" – 3
l. "Legacy" – 3.5
m. "Enzo" – 3.5
n. "Nobu" – 4
o. "Kingsly" – 4
p. "Luxor" – 4
q. "Mayte" – 4
r. "Grace" – 4
s. "Griffey" – 4
t. "Rita" – 4
u. "Wendy" – 4
v. "Zuzu" – 4

w. "Songa" – 4

x. "Cersi" – 4

y. "Jagger" – 4

z. "Simba" – 4

aa. "Opie" – 4

bb. "Beatrice" – 4

cc. "Clay" – 4

dd. "Thunder" – 4

67. In addition, many Big Cats had unthrifty coats that were dry, dull and/or disheveled, which can be indicative of poor nutrition and/or parasites.

68. The ring-tailed lemurs have similarly been harmed and harassed and, therefore, taken under the ESA by not receiving an adequate diet free from contamination. During the June 2, 2021 inspection, APHIS inspectors observed that there was very little food available for the animals at Tiger King Park. Ex. 6 (June 2, 2021 Inspection Report) at 5-6, 8-9. The facility was cited under the AWA for violating 9 C.F.R. § 3.129(a) by not providing food that was wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health. Ex. 6 at 8. APHIS inspectors found that only bear, dog, and cat kibble was available. *Id.* During the June 2, 2021 inspection, the facility representative claimed that some "monkey biscuits" had been ordered, but none were available at the time of inspection. *Id.* at 5.

69. In the food receptacle for the macaques, for example, there appeared to be dog kibble, contaminated by many flies. *Id.* at 5. Dog food does not provide an appropriate diet for nonhuman primates, setting aside the contamination from the flies.

**II. The Big Cats in the Lowes' care, custody, possession or control have been harmed and harassed as a result of receiving untimely and often inadequate care.**

70. The Lowes have a history of failing to provide their animals with timely, adequate veterinary care. Op. & Order, *Lowe* (6:20-cv-00423-JFH), Dkt. 65.

71. Since at least June 2018, the Lowes have failed to employ a qualified attending veterinarian, establish and maintain a program of adequate veterinary care, or provide timely, adequate veterinary care to their animals. The Lowes employed a veterinarian in response to the

Court's January 15, 2021 order, *see* Op. & Order, *Lowe* (6:20-cv-00423-JFH), Dkt. 65. However, the Lowes failed to establish that the veterinarian had "received training and/or experience in the care and management of the species being attended," as required by the AWA. 9 C.F.R. § 1.1 (definition of "attending veterinarian"). This failure to employ a qualified attending veterinarian and provide timely and adequate veterinary care has resulted in the take of ESA-protected animals.

72. Moreover, according to the veterinarian, who the Lowes employed in response to the Court's January 15, 2021 order, she quit in May 2021 due to the Lowes' failure to pay her for her services or for services that she recommended to diagnose and/or treat their animals. Even facing daily fines following the Court's finding of contempt, the Lowes have failed to employ a qualified attending veterinarian. During the June 2, 2021 inspection, APHIS inspectors cited the Lowes (again) for failing to have an attending veterinarian and adequate provisions for veterinary care, in violation of 9 C.F.R. § 2.40(a)(2), (b)(2). Ex. 6 at 2-4. Thus, the animals who remain at the facility, including the ESA-protected ring-tailed lemurs, are currently without the care of any veterinarian, let alone a qualified attending veterinarian.

73. Additionally, in just over a year alone, at least ten (10) ESA-protected Big Cats that had been in the custody or control of the Lowes died. In light of the fact that this figure includes five (5) Big Cat cubs and juveniles, that is an unusually high number. At least three (3) of those five (5) Big Cat cubs and juveniles have died due to malnutrition, one in September 2020 and two in December 2020. The other two died under suspicious circumstances. Many other ESA-protected animals, including the Defendants *in rem*, have suffered needlessly from being provided inadequate care.

74. In 2019, the Lowes allowed a 12-year-old tiger named Mama to be in labor for 48 hours before seeking the advice of a veterinarian. Typically, tigers give birth to an entire litter in 1-2 hours. Forty-eight hours is an unreasonable length of time to fail to notify the veterinarian and

delay veterinary care for a tiger in labor and puts the tiger at great risk of pyometra, a uterine infection. Mama's veterinary records state that the Lowes gave Mama three doses of oxytocin. Oxytocin should only be given under the direction of a veterinarian experienced with the species. When oxytocin is given to an animal that has not produced a fetus after a certain amount of time, depending on the species, the hormone may increase the risk of uterine rupture. As a result of their delay in seeking adequate veterinary care and their administration of oxytocin without trained veterinary oversight, Mama's uterus ruptured, causing sepsis.[4] The consulting veterinarian had to euthanize Mama. It is possible Mama's life and the lives of her offspring may have been saved had a C-section been performed by a trained veterinarian in a timely manner.

75. Around June 2020, a five-year-old tiger named Dot died due to complications from an emergency ovariohysterectomy conducted two days earlier. According to her veterinary records, Dot had a history of three litters of stillborn cubs. It is unusual for tigers to have one litter of stillborn cubs, let alone three litters of stillborn cubs in a row. After the first litter of dead cubs, a full veterinary examination should have been done on Dot as well as a necropsy on at least one of the dead cubs to try to determine the cause of the stillborn cubs. When more than one set of stillborn cubs were born to this female, this would be alarming to any conscientious animal manager because it strongly suggests the tiger likely could not produce normal litters and that measures should be taken to protect the health of the tiger by ensuring that she never becomes pregnant again. Instead, the Lowes allowed Dot to become pregnant again, resulting in a painful labor that ultimately required emergency surgery. At that point, the surgery was done in the field without the benefit of oxygen or intubation to protect the airway from aspiration of fluids into the lungs. Further, at the age of five (5), Dot had already had five (5) total litters. Tigers normally do not start to reproduce until they are between three (3) and four (4) years of age. Captive tigers may

[4] Sepsis is a life-threatening complication in the body's attempt to fight an infection, which potentially results in the malfunctioning of various organs and death.

reach sexual maturity at a younger age, but responsible tiger managers would allow their female tiger to fully mature before breeding them, and would not breed them more than once a year. Permitting this tiger to reproduce more frequently in such a short time, combined with the inadequate diet the Lowes provide to their animals, made it more likely that Dot would not be able to support the pregnancies and greatly increased the likelihood of an untimely death.

76. In the case of Petunia, a 5 to 6-year-old tiger who was euthanized apparently from renal failure, the Lowes contacted the consulting veterinarian on March 1, 2019. According to the veterinary records, the consulting veterinarian was out of town and the veterinary hospital recommended that the Lowes consult with Oklahoma State University. The veterinary records state that, according to the Lowes, the tiger was not eating and was "pretty lethargic." Decl. Dr. Devine, part 1 at 82, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 28-9 (Ex. G, Att. 1 (Dr. Devine's Veterinary Records)). Instead of seeking care and treatment for the seriously ill tiger from a veterinarian with expertise in treating Big Cats as recommended by the veterinary hospital, the Lowes instead consulted a local food animal veterinarian. That veterinarian—Dr. T.G.—diagnosed Petunia with renal failure and suggested that the tiger be treated with 700 ml of fluids over the next day. *Id.*, Decl. of IES Investigator McLaughlin 09/21/20 at 31, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 28-25 (Ex. T, Att. 1 (Dr. T.G. Records)). An adult tiger in renal failure would require at a minimum 3000 ml of fluids for treatment. Moreover, if an animal receives adequate and timely veterinary diagnostics and treatment, renal disease is typically a treatable condition in animals as young as this tiger. Thus, the Lowes' failure to provide the animal appropriate veterinary care likely led to the untimely death of this tiger.

77. Dr. T.G. reported to an investigator for USDA that he and the Lowes had a falling out after the Lowes insisted on treating Petunia with CBD oil and then falsely stated on social media that Dr. T.G. had recommended the treatment, which would not be an appropriate treatment for a tiger in acute renal failure, such as Petunia.

78. In the case of Lizzie, an 11-year-old tiger, a consulting veterinarian examined the cat on August 2, 2019, because she was exhibiting lameness in her left rear limb. *See* Decl. Dr. Devine, part 1 at 82, *Lowe* (No. 20-cv-00423-JFH), Dkt. 28-9 (Ex. G, Att. 1 (Dr. Devine's Veterinary Records)). The consulting veterinarian concluded that Lizzie could be suffering from arthritis, disc disease, injury/fracture, or herniation of a vertebral disc, and recommended radiographs of the hips and spine. *Id.* at 104. While apparently an equine veterinarian took radiographs, there is no indication that the results were reviewed by a qualified radiologist or specialist. *See id.* at 108. The only thing prescribed to Lizzie was a non-steroidal anti-inflammatory drug. *Id.* The next time Lizzie was physically treated by the consulting veterinarian, over a month later, she could not use and was dragging her hind limbs resulting in severe wounds through muscle and even down to the bone on her left knee, requiring surgery. *Id.* at 110. The consulting veterinarian discussed getting Lizzie a magnetic resonance imaging ("MRI") with the Lowes, but no MRI was performed. *Id.* at 108-110. Disc surgery was also ruled out because the Lowes would not be able to handle the aftercare. *Id.* at 111. As a result, Lizzie was euthanized on September 18, 2019. *Id.* Over the course of about a month, Lizzie went from being lame in one limb to being immobile with wounds on her rear limbs going down to the bone. The radiographs should have been evaluated by a radiologist familiar with tiger anatomy. If the problem had been diagnosed early, surgery may have been a viable choice, or euthanasia may have been an alternative, which, had it been done early in this disease, would have prevented this tiger from more than a month of unnecessary suffering.

79. In the case of Promise, a 12-year-old tiger, the animal had been declining for about a month and unable to walk for two weeks before the Lowes sought veterinary treatment. The Lowes treated the animal with CBD oil, which was not recommended by a veterinarian. Decl. of IES Investigator McLaughlin 07/01/20 at ¶ 5, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 28-13 (Ex. H). By the time Promise was examined by a consulting veterinarian, he could not get up on his

back legs, had large pressure sores on both hips and left stifle, and was euthanized shortly thereafter. *Id.* at ¶ 9, Decl. of IES Investigator McLaughlin 09/21/20 at 38-39, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 28-25 (Ex. T, Att. 1 (Dr. T.G. Records)). A veterinarian should have examined Promise when the problem first occurred to give the tiger the best chance of recovery and to ensure the best decision for the animal's welfare.

80. During each of APHIS's inspections of Tiger King Park in December 2020, January 2021, and February 2021, the inspectors observed a young adult Big Cat hybrid named Django with various gait abnormalities, including lameness and neurological abnormalities in his hind quarters. Ex. 3 at 4; Ex. 4 at 5-6; Ex. 5 (February 19, 2021 Inspection Report) at 8. Some of these symptoms were apparently intermittent, which could indicate that such complications may be a result of an inadequate diet. Despite multiple citations for failure to provide adequate care, for months Django's symptoms went untreated by a veterinarian. Another young adult lion-tiger hybrid named "Kyro" started exhibiting similar intermittent neurological issues in February 2021. In response to this Court's January 15, 2021 order, the Lowes hired Dr. Fryer, who appeared to lack familiarity with conditions commonly found in Big Cats who received inadequate diets and, thus, did not treat Django for those symptoms. In March 2021, Django was viciously attacked by one or more tigers and died during surgery. Django was diagnosed post mortem with extraordinarily low levels of Vitamin A in the liver, supporting the conclusion that a vitamin deficiency may have been contributing to his intermittent neurological problems.

81. During the January 2021 inspection, the APHIS inspectors cited the Lowes for failing to provide adequate veterinary care to a senior lion, "Simba", despite being cited during the previous inspection for failure to provide him adequate veterinary care. Ex. 4 at 5. During the December inspection, "Simba" (*see* photo, right), was quite thin and had areas of hair loss near the hip area. Ex. 3 at 3. His spine and hip bones were easily visible and he remained lying down throughout the time he was observed by APHIS inspectors. *Id.* Nevertheless, the Lowes did not seek veterinary care for the lion in the five weeks between inspections, though they apparently gave him some horse weight gain supplement. *Id.*; Ex. 4 at 5.



82. The inspectors also observed the black jaguar, "Bagheera", with hair loss on the end and sides of its tail, likely caused by the animal sucking on its tail. This was confirmed by Erik Cowie, one of the head animal caretakers at Tiger King Park, who stated during a deposition on January 22, 2021, that the condition of his tail was due to the "neurotic behavior" of sucking his tail. This behavior is common among jaguars who are in enclosures that are too small or who lack appropriate enrichment. The facility representative once again stated that they had not noticed the problem and, thus, had not sought veterinary care for the animal.

83. During the February 19, 2021 inspection, "Daisy", a tiger, was observed with a circular wound on her nose. *See* Ex. 5 at 5; *see also* photo copied below. Such skin lesions can be caused by trauma, infection, parasites, or other medical issues. Another tiger, "Chuckles", had hair

loss on the top and inside of both front legs just below the elbow and small red lesions on several



toes of both back feet. Ex. 5 at 5. No veterinary records were provided for either animal.

84. During the execution of the second warrant on May 17-18, 2021, an APHIS veterinarian observed that "Nobu", a female tiger, had a number of skin lesions. *See* photos below. To date, the United States has not received any veterinary records from the Lowes indicating that they sought treatment for the lesions. The Lowes are required by Court order to submit "complete and accurate veterinary records to counsel for the United States within 7 days of any animal being treated by a veterinarian." Op. & Order, *Lowe* (No. 6:20-cv-00423-JFH), Dkt. 65 at 34.






85. In addition, an APHIS veterinarian observed during that visit a tiger named "Legacy" who the veterinarian described as lethargic and reluctant to stand. When she did stand and walk, she had a "hunched" appearance and a stilted gait and exhibited vague neurologic signs. *See* photo below. Her coat appeared unthrifty. She had bilateral fluid-filled sacs on her elbows (hygromas). "Legacy" was thinner than her two cagemates and her ears were consistently flattened. She seemed subdued and lacking awareness of her surroundings. To date, the Lowes have not provided any veterinary records for "Legacy." "Legacy" is further discussed in paragraph 89 below.



86. Pursuant to this Court's January 15, 2021 order, the Lowes relinquished to USDA ten (10) tigers aged one (1) year or younger and four (4) of the adult mothers on January 24, 2021. One of the adult tigers, "Gracie", was observed to have decreased range of motion and possible discomfort due to a severe deformity of her left forelimb and possible mild deformity of her right forelimb. *See* photo to the right. Two of the adult tigers, "Ima" and "Phoenix", had lesions, lacerations or ulcers on their foot pads, which can be due to inappropriate housing and/or a poor diet. Another adult tiger, "Tilly", had irritation of the skin on her forelimbs, consistent with allergies or other dermatitis. *See* photos below.







87. Eight of the ten juveniles removed from the Tiger King Park on January 24, 2021, were 20-25 percent underweight at the time of seizure. Specifically, "Shadow", "Chanel", "Pleiades", "Odeza", "Moose", "Abby", "Maggie", and "Leigha" were underweight. TWAS ran fecal samples for some of the juveniles who also had poor coats, which can indicate the presence of parasites. "Shadow", "Chanel", "Abby", and "Maggie" tested positive for roundworms and/or giardia. "Chanel" and "Shadow" also had multifocal scabs across their necks and bodies.

88. To date, the United States has not been provided any veterinary records that indicate that any of the fourteen animals removed from Tiger King Park on January 24, 2021, were being provided adequate care by the Lowes to address the medical issues described above.

89. As noted above, veterinary intake evaluations were completed for the 68 Big Cats and 1 jaguar seized pursuant to the May 6 and May 17-18, 2021 warrants. The following issues were detected upon examination:

a. "Rico"—Cage rub on small area on left hip;
b. "Brutus" – Hydroma near right front "elbow";
c. "Lisa Marie" – Cage rub area on left hip;
d. "Sebastian" – Small cuts on tips of both ears; several skin lesions on face, shoulder and elbows;
e. "Nobu" – 1-inch areas of alopecia over body and shoulder areas;
f. "Kingsly" – Signs of old fly strike[5]; ear margin wounds;
g. "Mia" – Cage rub on nose;
h. "Legacy" – Dull, pinned ears; narrowed/squinted eye expression; weak movements, ataxic; slow, shortened gait in the front limbs; particularly poor quality and unkempt coat, suggesting underlying illness or malnutrition;
i. "Rita" – Fly strike on ear margins;
j. "Wendy" – Fly strike on ear margins;
k. "Merlin" – Ear margin injury and/or old fly strike of left ear;
l. "Sasha" – Previous ear injury or fly strike;
m. "Jax" – Cage rub on eyebrows and sides of forehead;
n. "Samira" – Scarring on ears consistent with old fly strike wounds; possible old cage rub mark on nose; moderate roundworm infection;
o. "Jagger" – Scarring on bridge of nose and temples possibly from cage rub resulting from pacing (*see* photo below); chronic calluses on elbows; moderately

[5] Fly strikes are large patches of painful ulcerations on the animal's ears and/or legs caused by flies continuously attacking, biting, and penetrating the skin of an animal.

underdeveloped hind end with semi-low stance and ambulation in the hocks likely due either to congenital deformity or nutritional deficiency during growth;



p. "Simba" – Mild kyphosis (abnormal rounding of back) and stiffness of the spine with reluctance to stand upright on hind limbs; avoidance of weight on front right limb; possible degenerative joint disease of spine and limbs; large scars/calluses on digits/paws; and declawed;

q. "Opie" – Mild kyphosis and stiffness of spine with reluctance to stand upright on hind limbs (*see* photo below); chronic calluses on elbows; mild roundworm infection;



r. "Lyla" – old scarring present on ears likely from previous fly strike wounds; moderate roundworm infection; chronic calluses present on lower hind limbs likely from housing on improper substrates;

s. "Stevie" – Scarring along ear edges consistent with previous fly strike wounds; Scarring on face and body with missing soft tissue proximal to digit 3 of left front limb possibly caused by another Big Cat and/or previous enclosure; mild bowing of front limbs;

t. "Mani" – Mild scarring to lateral edge of left ear consistent with previous fly strike wound; mild bowing of front limbs;

u. "Priscilla" – Mild scarring of right ear consistent with previous fly strike wounds; mild bowing of front limbs. "Priscilla" also gave birth to three cubs shortly after seizure. Those cubs were born with deformed hind legs, diagnosed as clubfoot. Based on documentation provided by the Lowes, "Priscilla" has been overbred. Big Cats should not be forced to have more than one litter per year and, yet, the Lowes have routinely allowed "Priscilla" to get pregnant almost immediately after giving

birth. This is likely occurring because the Lowes have removed her cubs and left her housed with a male, thereby allowing her to get pregnant with little to no break. This combined with a nutritionally deficient diet may have led her to have unhealthy or abnormally developed cubs. For example, on June 1, 2019, one of Priscilla's cubs was brought to a veterinarian where she experienced a cardiac event equivalent to a heart attack at which point she was humanely euthanized. According to the record, the cub was only 17 days old. Shortly thereafter the Lowes must have once again bred "Priscilla" because, according to the December 16, 2020 inventory provided by the Lowes, "Priscilla" gave birth to yet another litter on September 30, 2019. That is only 132 days between these two litters with an average gestation period of 109 days for tigers. To date, the United States has received no veterinary records suggesting that the Lowes had a qualified veterinarian evaluate "Priscilla" to determine why she had a cub who had to be euthanized before they allowed her to get pregnant again.

v. "Kyro" – Moderate amount of outer edge of both ears missing, including cartilage and scarring along leftover edge, consistent with previous fly strike wounds (*see* photo below); ataxic; moderate roundworm infection;



w. "Beatrice" – Irregular gait caused by hind limbs that are significantly longer than the front limbs;

x. "Clay" – Muscle wasting/loss due to nutritionally deficient diet and/or inadequate exercise, secondary to arthritis/degeneration of spine;

y. "Pandora" – dental issues (missing and worn teeth);

z. "Chuckles" – rear limb ataxia; multi focal alopecia and moist dermatitis of tail, left hip; alopecia on medial forelimbs;

aa. "Alyssa" – Roundworm infection;

bb. "Aurora" – Roundworm infection;

cc. "Allana" – Roundworm infection; healing wound on left flank;

dd. "Thor Jr". – Roundworm infection;

ee. "Thunder" – Dry calluses on elbows; Positive for trematode ova, possibly flatworms;

ff. "Lightning" – Positive for trematode ova, possibly flatworms;

gg. "Ima" – Two large notches in right ear, 1 large notch in left ear; abnormal ocular lens development;

hh. "Patronus" – Calluses on hocks and elbows consistent with healing pressure sores likely from inappropriate housing;

ii. "Prince" – Severe dental disease; all four canines fractured with pulp exposure; poor vision; stifle joint disease.

90. Once again, with very few exceptions, the United States has not been provided any veterinary records that indicate that any of the animals removed from Tiger King Park in May 2021 were being provided any veterinary care, let alone adequate veterinary care, by the Lowes to address the medical issues described above.

**III. The Big Cats in the Lowes' care, custody, possession, or control have been harmed and harassed as a result of being housed in enclosures that lack protection from inclement weather and/or that are so small as to prevent the animals from engaging in basic behaviors that are normal for the species.**

91. The Lowes have harmed and, therefore, taken under the ESA, a number of their Big Cats by failing to provide those animals with adequate shelter from inclement weather. APHIS inspectors visited Tiger King Park days after the severe winter storm that affected Oklahoma in mid-February 2021. The following fourteen Big Cats did not have adequate shelter from inclement weather despite APHIS inspectors citing the Lowes for providing their animals with inadequate shelter in both December 2020 and January 2021: "Merlin", "Sasha", "Rocky", "Charlie Bear", "Axyl", "Brutus", "Samira", "Patronus", "Sebastian", "Priscilla", "Prince", "Elvis", "Chuckles", and "Pandora". *See* photo below taken by APHIS inspectors during February 2021 inspection; *see also* Ex. 3 at 9 ("Most of the enclosures housing the big cats do not provide shelter from inclement



weather."); Ex. 4 at 3. Although Big Cats are generally cold tolerant, they may still be adversely affected by windy and wet conditions. Failing to provide them any shelter from winter storms, such as the one in Oklahoma in February, likely caused the animals significant discomfort,

interfered with the animals' normal sheltering behaviors, and created a likelihood of injury or death.

92. The Lowes also have harmed and harassed and, therefore, taken under the ESA, at least the following 21 Big Cats by failing to provide them enclosures of sufficient size to allow the animals to engage in normal behaviors: "Brutus", "Alyssa", "Patronus", "Jagger", "Stevie", "Mia", "Griffy", "Thunder", "Lightning", "Sebastian", "Priscilla", "Kyro", "Samira", "Prince", "Elvis", "Chuckles", "Mayte", "Grace", "Nova", "Clay", and "Pandora". *See, e.g.,* photos below taken by APHIS inspectors during February 2021 inspection. Lions, tigers, and hybrids thereof must have enough space to freely stand on their rear legs and stretch. Instead, the Lowes are housing most of these Big Cats in "box cages," which measure 7 feet tall, 8 feet wide and 14 feet long. Ex. 3 at 8; Ex. 4 at 3; Ex. 5 at 3. Being housed long-term in small enclosures that are meant to be used temporarily can disrupt a Big Cat's normal behavioral patterns and harass the animal, an issue that the Lowes were warned of in December 2020 and January 2021. Ex. 3 at 8; Ex. 4 at 3-4.





93. Among the animals the APHIS inspectors observed pacing in their small enclosures during the February 19, 2021 inspection, are the following Big Cats: “Brutus”, “Alyssa”, “Lightning”, “Sebastian”, “Priscilla”, “Mayte”, “Grace”, and “Nova”. Pacing can be a stereotypical behavior caused by boredom and stress in Big Cats. The number of Big Cats pacing had increased since the January 2021 inspection in which four Big Cats were observed pacing in their inadequate enclosures. Ex. 4 at 3; Ex. 5 at 3-5.

94. During the February 19, 2021 inspection, four tigers—“Patronus”, “Jagger”, “Chuckles”, and “Opie”—were observed to have hair thinning to hair loss and thickening of the skin on their elbows. *See* photo above. Hair loss and thickening of the skin usually occurs when the elbows are subjected to continuous trauma from laying on inappropriate surfaces. Elbow calluses or hygromas—fluid filled sacs that can form on the joints—can become ulcerated and infected if not addressed early. Most of the floors in the box cages are constructed of wood. During the inspection, many of the floors were extremely muddy or soiled. Many of the animals could not

avoid these soiled areas and did not have a choice of a clean, dry area. If Big Cats must spend a substantial amount of time in moist dirty conditions, their pads may be adversely impacted, skin



irritation may occur, and any existing problems, such as elbow hygromas, may be exacerbated.

95. During the execution of the second warrant on May 18, 2021, an APHIS veterinarian observed that some of the Big Cats did not have access to a dry area within their enclosures from which to escape the heavy rain.

96. During that visit, an APHIS veterinarian observed that a number of Big Cats had evidence of damaged, cracked foot pads. *See* photo on the right. Although many had healed, the veterinarian opined that these were likely painful conditions at one time.




97. Three young Big Cats named "Legacy", "Wendy", and "Rita" were also observed with bilateral fluid-filled sacs (hygromas) on their elbows. *See* photos below. Juvenile Big Cats do not typically have hygromas. Their presence indicates poor husbandry

practices, including housing in enclosures that are too small, housing on hard surfaces, and feeding a poor diet. Inadequate diets result in muscle weakness that causes the animal to spend more time in recumbency.







**IV. The Big Cats Have Been Harmed and Harassed By the Unsanitary Conditions**

98. The Defendants *in rem* have been harmed and harassed and, therefore, taken under the ESA by the unsanitary conditions at Greater Wynnewood Exotic Animal Park and Tiger King Park.

99. During the June 22, 2020 inspection, the APHIS inspectors observed a large pile of wood debris in the back of the park containing the partially burned carcass of a lion-tiger hybrid and a black tarp covering a deceased tiger. Ex. 1 at 6. According to the June 22, 2020 Inspection Report, there was a "foul odor of decomposing flesh" and "many flies [were] present on the board and surrounding areas." *Id.* The flies had created fly strikes on many of the animals, including the Big Cats and wolves. *Id.* According to the June 22, 2020 Inspection Report, the fly strikes had resulted in "large patches of painful ulceration on the ears and legs" of many of the tigers, lions, and wolves. *Id.* The ulcerated areas on the animals were red and scabbed, with some presenting pus and fresh blood. *See* photos below, taken by Hannah Grace, a private individual

who visited Greater Wynnewood Exotic Animal Park on June 21, 2020, a day before the USDA inspection.





100. The APHIS inspectors directed the Lowes to establish and maintain a safe and effective program to deal with the flies. Nevertheless, three months after the Lowes were cited by APHIS, the three lion cubs—Nala, Amelia, and Leo—were still suffering from fly strike dermatitis.

101. During the July 8, 2020 inspection, the APHIS inspectors "noticed an odor of decaying flesh." Ex. 2 at 5. When questioned about the odor, the Wynnewood facility representative identified a broken-down refrigerator truck. The temperature inside the truck was greater than 85 degrees Fahrenheit. *Id.* The truck contained open boxes of rotting meat (*see* photo below).



102. A zoo representative acknowledged that the facility had no other on-site refrigeration or freezer in which to store meat for the animals at the zoo.

103. The APHIS inspectors again observed unsanitary conditions during the August 21, 2020 visit. The Lowes left a heaping pile of trash and biological debris in the back of the park, which attracted a large number of flies.

104. The APHIS inspectors also observed a large amount of packaged chicken sitting in the sun surrounded by flies.

105. Rodents were also observed during APHIS's August 21, 2020 visit.

106. During the February 20, 2021 inspection, APHIS inspectors noted that a number of enclosures had not been cleaned in at least two days and that the potential harm to the animals

was exacerbated by the fact that a number of the dirty enclosures were those that were too small for the Big Cats in the first place. More frequent cleaning is "necessary to prevent contamination of the animals contained therein and minimize disease hazards and to reduce odors." *See* Ex. 5 at 7. Specifically, "Brutus's" and "Alyssa's" box cages had not been cleaned since the snowstorm a couple days earlier and both cats were wet with soiled bedding. A number of cats had wet and/or soiled bedding, including "Patronus", "Stevie", "Jagger", "Sebastian", and "Priscilla". "Elvis's" enclosure was "excessively muddy to the point he could not get out of the mud." *Id.* "Chuckles'" enclosure also had old soiled hay and was excessively muddy to the point that he could not get out of the mud. "Clay's" small enclosure contained old fecal matter. "Pandora's" small enclosure had "a large amount of soiled, wet hay." *Id.*

107. Consistent with observations from April 30, 2021, made by a veterinarian employed by the Lowes, the USDA inspectors observed on May 6, 2021, rotting animal carcasses (*see* photo below) and a pile of rotting carcasses that had not been properly disposed of inside the zoo with flies (*see* photo below).


05/06/2021


05/06/2021

Jeff Lowe was cited for similar sanitation issues in June 2020. USDA informed Mr. Lowe at the time, the "improper or delayed disposal of carcasses has resulted as an attractant for flies and other pests . . . . The flies have created fly strikes on many species in the park including tigers, lions, and wolves. Fly strikes have resulted in large patches of painful ulceration on the ears, and legs of numerous tigers, lions, and wolves. Ulcerated areas are red, have scabs and some have exuded pus or fresher blood. These affected areas are missing hair, skin and/or deeper flesh." Ex. 1 at 6-7.

108. On May 6, 2021, USDA inspectors also observed a refrigerator truck covered in flies, which a facility representative previously indicated was the primary source of refrigeration for meat to be provided to the animals at the zoo. A stench of rotting animals was coming from the truck, which appeared to be in need of repair. During the execution of the second warrant on May 17-18, 2021, that truck was opened and APHIS inspectors observed a dead cow that was rotting to such an extent that it was liquefying. Thousands of flies surrounded the truck.

109. During the execution of the second warrant on May 17-18, 2021, an APHIS veterinarian again observed Big Cats with soiled coats and muddy environments.







110. In addition, she observed that many of the Big Cats had damage to their ears, which indicates past injury due to fly strike, frostbite (inadequate housing), trauma (also,

possibly due to housing more than one cat in an enclosure that is too small), or a combination of those. *See* photos below.









**V. The ring-tailed lemurs have been "harmed" and "harassed" by the Lowes' failure to provide adequate veterinary care, nutrition, and environmental enrichment, as well as the Lowes' separation of lemurs from their social grouping, including pups from their mothers, and forced direct interaction with the public**

111. The 11 ring-tailed lemurs, like the other Defendants *in rem*, have been harmed and harassed and, therefore, taken by the Lowes through their failure to employ a qualified attending veterinarian. *See* 9 C.F.R. §§ 1.1, 2.40(a). As of the date of filing, there is no veterinarian employed to care for the remaining animals at Tiger King Park, let alone a qualified attending veterinarian with training or experience in the care and management of ring-tailed lemurs. "Primates in general require specialized care." *Kuehl v. Sellner*, No. C14-2034-JSS, 2015 WL 11023625, at ¶ 11(a) (N.D. Iowa May 31, 2015) (Affidavit of Peter H. Klopfer, Ph.D., in Support of Plaintiffs' Motion for Summary Judgment); *see Kuehl v. Sellner*, 161 F. Supp. 3d 678, 710 (N.D. Iowa 2016) (recognizing Dr. Peter Klopfer as "one of the country's foremost experts on lemurs" and a "highly credible" expert witness), *aff'd,* 887 F.3d 845 (8th Cir. 2018).

112. The ring-tailed lemurs are also being harmed and harassed by the Lowes' failure to "develop, document, and follow an appropriate plan for environment enhancement adequate to promote [their] psychological well-being" as approved and directed by a qualified attending veterinarian. 9 C.F.R. § 3.81; Ex. 3 at 6; Ex. 6 at 5. An environment enhancement plan is required under the AWA and must include provisions to address the social needs of nonhuman primates of species known to exist in social groups in nature, such as ring-tailed lemurs, and enrichment of the physical environment in the primary enclosure to provide means of expressing noninjurious species-typical activities. *See* 9 C.F.R. § 3.81. Moreover, the environment enhancement plan must be directed and approved by a qualified attending veterinarian. *Id.* The ring-tailed lemurs' social groupings have been decided by Lauren Lowe and appear to be based on promoting breeding, rather than by a qualified attending veterinarian based on currently accepted professional standards. *Id.* The Lowes' failure to have a qualified attending veterinarian

direct the environment enhancement plan can result in the lemurs having increased stress and/or boredom that affects both their health and behavior. *See Kuehl*, 887 F.3d at 852-53 (affirming district Court's finding that defendants' failure to implement an appropriate environment enrichment plan significantly disrupted lemurs' normal behavior patterns and therefore constituted "harassment" and "take" under the ESA). In fact, during the June 2, 2021 inspection, APHIS inspectors observed one lemur pacing in their enclosure.

113. As noted above, the Lowes harm and harass the ring-tailed lemur by failing to provide adequate nutrition free from contamination. During the June 2, 2021 inspection, APHIS inspectors observed that there was very little food available for the animals at Tiger King Park. The facility representative claimed that some "monkey biscuits" had been ordered, but they were available at the time of inspection. Instead, APHIS inspectors found only bear, dog, and cat kibble, none of which is an appropriate diet for nonhuman primates.

114. The Lowes have also harmed and harassed the ring-tailed lemurs by separating lemurs from their social group, including lemur pups from their mothers, and by forcing them to interact directly with the public. Ring-tailed lemurs "have highly developed cognitive abilities and the capacity to suffer greatly—as measured physiologically by stress indices such as heart rate, electroencephalography (EEG) distortions, increased steroid levels, and other methods" when isolated and/or removed from their social group or limited to a small area. *See Kuehl*, 2015 WL 11023625, at ¶ 6. Removal can cause conflict between the removed animal and the rest of the lemurs the animal is housed with. Removal also can cause the removed animal to develop abnormal social behaviors that can negatively impact the animal for the rest of his life.

115. The ring-tailed lemurs were also forced to directly interact with members of the public in "playtime" activities at the Wynnewood facility and at times were placed in a room with Big Cat cubs. Such interspecies interaction is stressful to ring-tailed lemurs. In at least one

case, handlers allowed a lemur to have direct contact with one or more Big Cat cubs. During one interaction, a tiger cub clawed the ring-tailed lemur's back.

116. In a YouTube video dated November 7, 2018, members of the public take a tour of the Wynnewood Facility and participate in a playtime event with the Lowes, in which members of the public are seen bottle feeding and directly interacting with the Lowes' tiger cubs while a ring-tailed lemur jumps around the room. DJ TOMKAT, *Shaq taking us on a tour of the Greater Wynnewood Exotic Animal Farm*, YouTube (Nov. 7, 2018), https://youtube.com/watch?v=Q2ZCsm1VNgI.

117. In a YouTube video dated July 1, 2019, three of the Lowes' Big Cat cubs are seen crawling over two young girls and a boy in a playtime session. A ring-tailed lemur is also seen jumping on the children. The Lowes continued to place ring-tailed lemurs in direct contact with Big Cat cubs during these events despite a lemur previously being clawed in the back by a baby tiger. Rowe On The Go, *Holding Tiger Cubs ~ Exotix Animal Park*, YouTube (July 1, 2019), https://www.youtube.com/watch?v=3EbvWkzB7Qk.

118. On March 4, 2020, a spring break advertisement to play with lemurs and a lion-tiger hybrid cub was posted on Facebook. Greater Wynnewood Exotic Animal Park, Facebook (Mar. 4, 2020), https://facebook.com/tigerkingparkoklahoma/posts/2844302528951118.

119. In addition, separating ring-tailed lemur pups from their mothers is particularly detrimental. Ring-tailed lemur pups nurse for 3-6 months and depend on their mothers for vital nutrition. Even after the animal is weaned, offspring typically stay with their mothers until they are at least two (2) to three (3) years old.

120. On or around May 25, 2018, Jeffrey Lowe sent a single 3-month old female ring-tailed lemur to an exhibitor whose AWA license USDA had revoked.

121. "Zumba", a male ring-tailed lemur pup born on June 29, 2020, was separated prematurely from his mother, "Suzy". Instead of allowing "Zumba" to remain with his parents,

he, as of June 2, 2021, had been separated from his mother and placed in an enclosure with a female ring-tailed lemur, presumably to breed additional ring-tailed lemurs. Thus, "Zumba" has been harmed and harassed and, therefore, taken in violation of the ESA by being prematurely separated from his mother.

**REQUEST FOR RELIEF**

122. Based on the information and allegations set forth herein, there is a factual basis to support a reasonable belief that the United States will be able to meet its burden of proof at trial to show that Defendants *in rem* are subject to forfeiture under 16 U.S.C. § 1540(e)(4).

WHEREFORE, the United States prays that process of a Warrant for Arrest and Notice *In Rem* be issued for the arrest of the Defendants *in rem;* that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed, that judgment be entered declaring the Defendants *in rem* forfeited to the United States for disposition according to law; and that the United States be granted such other relief as this Court may deem just and proper.

DATED: August 4, 2021

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

/s/ Mary Hollingsworth
MARY HOLLINGSWORTH
Senior Trial Attorney
BRIENA STRIPPOLI
Trial Attorney
DEVON LEA FLANAGAN
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Mary.hollingsworth@usdoj.gov | 202-598-1043
Briena.Strippoli@usdoj.gov | 202-598-0412
Devon.Flanagan@usdoj.gov | 202-598-0201
Fax: 202-305-0275

DEBORAH L. CONNOR
Chief, Money Laundering and Asset Recovery
Section, Criminal Division
DARRIN L. McCULLOUGH
Senior Policy Advisor
United States Department of Justice
Money Laundering and Asset Recovery Section
Money Laundering and Forfeiture Unit
1400 New York Avenue, NW
Washington, D.C. 20005
Darrin.mccullough@usdoj.gov | 202-436-0635

CHRISTOPHER J. WILSON
Acting United States Attorney
SUSAN BRANDON, Civil Chief
United States Attorney's Office
Eastern District of Oklahoma
520 Denison Avenue
Muskogee, OK 74401

*Attorneys for the United States of America*